STATE v. JOHNSON

No. 601P02

Case below: 153 N.C. App. 812

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. JOHNSTON

No. 665A02

Case below: 154 N.C. App. 500

Motion by Attorney General to dismiss appeal allowed 27 February 2003.

STATE v. JONES

No. 439P02

Case below: 151 N.C. App. 317

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 February 2003. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. JORDAN

No. 25P03

Case below: 155 N.C. App. 146

Motion by Attorney General for temporary stay allowed 17 January 2003 pending determination of State's petition for discretionary review. Petition by Attorney General for writ of supersedeas denied 27 February 2003. Notice of appeal by Attorney General pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 27 February 2003. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Temporary stay dissolved 27 February 2003.